Below is the Order of the Court.

_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| Re ) | |
| ) | **In Chapter 13 Proceeding** |
| **AUDRA MICHELE WOODS** ) | **No. 17-42857-BDL** |
| ) | |
| ) | **Order Allowing Debtor to Modify** |
| Debtor(s) ) | **Her Mortgage with Mr. Cooper** |
| ) | |
| ) | |
| _____ ) | |

IT IS HEREBY ORDERED that the Debtor may Modify her mortgage with Nationstar Mortgage LLC d/b/a Mr. Cooper with a modified interest rate of 4.750% and a monthly principal and interest payment in the amount of $846.04 and monthly escrow payment amount of $301.02 (which may adjust periodically) and a total monthly payment of $1148.06 with payments beginning on March 1, 2018 and a total of 480 payments and a new principal balance of $181,862.53.

///END OF ORDER///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958