B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington (Tacoma)

| | |
|---|---|
| IN RE: | Case No.: 17-42857 |
| Debtors: Audra Michele Woods | Loan Number (Last 4): 9140 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Select Portfolio Servicing, Inc | Nationstar Mortgage LLC |
| as servicer for Federal Home Loan Mortgage Corp. | c/o Nationstar Mortgage LLC |
| Name of Transferee | Name of Transferor |
| 3217 S. Decker Lake Dr. | Court Claim # (if known): 2 |
| Salt Lake City, UT 84115 | Amount of Claim: $181,862.53 |
| | Date Claim Filed: 09/14/2017 |
| Phone: 866-247-1722 | Last Four Digits of Acct #: 0277 |
| Last Four Digits of Acct #: 9140 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450
Salt Lake City, UT 84165

Phone: 866-247-1722
Last Four Digits of Acct #: 9140

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | | | |
|---|---|---|---|
| By: | /s/ Gina Hiatt | Date: | 11/23/2018 |
| | BK Management | | |
| | (Approved by: Michelle Enoch) | | |

Specific Contact Information:
P: 800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

482464-f9a816b3-7163-40cc-9f70-d5af45e978ce